Adam B. Nach- 013622
Jonathan C. Simon- 029750
**LANE & NACH, P.C.**
2001 East Campbell Ave., Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: jonathan.simon@lane-nach.com

Attorneys for Movant/Judgment Creditor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JOSE ARIEL FACIO,<br><br>    Debtor.<br><br>JILL H. FORD, CHAPTER 7 TRUSTEE,<br><br>    Movant/Judgment Creditor,<br><br>        vs.<br><br>JOSE ARIEL FACIO,<br><br>    Defendant/Judgment Debtor.<br><br>LGS BARBER SHOP,<br><br>    Garnishee. | (Chapter 7 Case)<br><br>No. 2:14-bk-07099-PS<br><br><br>**APPLICATION FOR WRIT OF GARNISHMENT FOR EARNINGS OF JUDGMENT DEBTOR** |

Jill H. Ford, Trustee, Movant and Judgment Creditor herein, by and through her attorneys undersigned, hereby applies, pursuant to A.R.S. §12-1598.03, for a Writ of Garnishment for Earnings of Jose Ariel Facio (SSN: XXX-XX-2227) ("Judgment Debtor"). In support hereof, Trustee respectfully represents:

    1. The Debtor in the above referenced bankruptcy case filed a Voluntary Petition under Chapter 7 of Title 11 on May 12, 2014.

    2. Trustee is the duly appointed and acting Trustee in this case and Movant in this matter.

1

3.  This Court entered an Order Directing Turnover of Property (hereinafter "Order") in favor of Trustee in the above referenced administrative proceeding on October 16, 2014, in the principal sum $9,029.00 with attorney's fees and costs in the amount of $750.00.  Until paid, interest on the Order accrues at the rate set forth in 28 U.S.C. §1961.

4.  The total amount of $9,779.00 remains due and owing to the Trustee from the Judgment Debtor, plus interest which has been accruing interest at the rate set forth in 28 U.S.C. §1961 since October 16, 2014.

5.  Upon information and belief, Judgment Debtor is an employee of LGS Barber Shop ("Garnishee").  Garnishee's address is believed to be the following:

**LGS Barber Shop**
**Attn: Martha E. Garcida**
**832 W. Baseline Rd., Ste. 24**
**Mesa, AZ 85210**

6.  Trustee has not received notice of the Judgment Debtor's intent to enter into an agreement for debt scheduling with a qualified consumer credit counseling organization.

WHEREFORE,   Jill H. Ford, Trustee respectfully requests that this Court issue a Writ of Garnishment for the earnings of Jose Ariel Facio, Judgment Debtor, as satisfaction of debt to the above referenced bankruptcy estate in the amount of  $9,779.00 plus interest at the rate set forth in 28 U.S.C. §1961 per annum.

RESPECTFULLY SUBMITTED this 12th day of March, 2015.

LANE & NACH, P.C.

By ____/s/ JCS-029750_____
           Adam B. Nach
           Jonathan C. Simon
           Attorneys for Movant/Judgment Creditor

COPY of the foregoing delivered via electronic notification to:

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: larry.watson@usdoj.gov

By /s/  Stephanie Anderson_____

2