Adam B. Nach- 013622
Jonathan C. Simon- 029750
**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: jonathan.simon@lane-nach.com

*Attorneys for Jill H. Ford, Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| JOSE ARIEL FACIO, | No. 2:14-bk-07099-PS |
| Debtor. | |
| JILL H. FORD, CHAPTER 7 TRUSTEE, | **QUARTERLY REPORT SECOND QUARTER 2018** |
| Movant/Judgment Creditor, | |
| vs. | |
| JOSE ARIEL FACIO, | |
| Debtor/Judgment Debtor. | |
| LGS BARBER SHOP, | |
| Garnishee. | |

Instructions  Creditor is required to complete this report and send it to the Judgment Debtor and Garnishee within 21 days after the end of each quarter and when the balance due is less than double the amount of nonexempt earnings received in the last two pay periods. Creditor shall also issue a report within 21 days after the balance is reduced to $500 or less, and, after that, before the 10th of each month as long as the Order Continuing Lien is in effect.

1. This report covers the period from April, 2018 – June, 2018
2. I received the following payments during this period:

| **Check Date** | **Amount** |
|---|---|
| 04.09.2018 | $50.00 |
| 04.28.2018 | $50.00 |
| 05.14.2018 | $50.00 |

| | |
|---|---|
| 05.29.2018 | $50.00 |
| 06.22.2018 | $50.00 |
| 06.26.2018 | $50.00 |
| **TOTAL** | **$300.00** |

3.  Judgment balance at beginning of period         $4,829.00

4.  Total credited to the judgment balance this period      $300.00

6.  Total outstanding balance on the judgment      **$4,529.00**

7.   The following statements apply if checked:

☐      Balance due is $500 or less.
☐      Balance due is less than double the amount received in the last two pay periods.
☐      Garnishee should stop withholding earnings.

RESPECTFULLY SUBMITTED this 9th day of July, 2018.

**LANE & NACH, P.C.**

By: */s/ Adam B. Nach- 013622*
         Adam B. Nach
         Jonathan C. Simon
         *Attorneys for Trustee*

COPY of the foregoing delivered
via first class mail to:

LGS BARBER SHOP          Jose Ariel Facio
Attn: Martha E. Garcida         P.O. Box 8267
1726 E. Southern Ave. #2       Phoenix, AZ 85066[1]
Tempe, AZ 85282          *Debtor*

Jose Ariel Facio[2]
6238 S. 13th Place
Phoenix, AZ 85042

By: */s/ Debbie McKernan*

---

[1] This is the Debtor's address listed on the Docket. However, mail continues to be returned as undeliverable.
[2] Upon information and belief, Debtor is receiving mail at this address.